BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
                                :
   In re                        :    Chapter 11
                                :
DELPHI CORPORATION et al.,      :    Case No. 05-44481 (RDD)
                                :
   Debtors.                     :    (Jointly Administered)
-------------------------------------------

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL
<u>BY WACHOVIA BANK, NATIONAL ASSOCIATION</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant Wachovia Bank, National Association, hereby files this designation of items to be included in the record ("Designation of Record") and statement of issues to be presented ("Statement of Issues") on its appeal from the Order Denying Motion By Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against Larry Graves, A Delphi Employee, In the Circuit Court Of The Second Judicial District Of Hinds County Mississippi (Docket No. 7840) entered by the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Case") on May 2, 2007.

<u>**Designation of Record**</u>

The following items are to be included in the record on appeal:

1570813 v1

| Designation | Date | Docket No. | Description |
|---|---|---|---|
| D-1 | 07/31/06 | N/A | Wachovia Bank, National Association's Proof of Claim Against Delphi Corporation (Claim No. 14912) |
| D-2 | 07/31/06 | N/A | Wachovia Bank, National Association's Proof of Claim Against Delphi Automotive Systems, LLC (Claim No. 14913) |
| D-3 | 11/29/2006 | 5951 | Wachovia Bank, National Association's Motion Pursuant To 11 U.S.C. § 362 For Relief From The Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of the Second Judicial District Of Hinds County, Mississippi |
| D-4 | 04/13/2007 | 7680 | Debtors' Objection to Motion by Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against Larry Graves, A Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County Mississippi |
| D-5 | 04/19/2007 | 7739 | Wachovia Bank, National Association's Reply to Debtors' Objection To Its Motion For Relief From the Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County, Mississippi |
| D-6 | 04/19/2007 | 7740 | Wachovia Bank, National Association's Evidentiary Submission in Support of Its Position |
| D-7 | 04/24/2007 | 7786 | Transcript Of Hearing Held On April 20, 2007 at 10:05 A.M. |
| D-8 | 05/02/2007 | 7840 | Order Denying Motion By Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against Larry Graves, A Delphi Employee, In the Circuit Court Of The Second Judicial District Of Hinds County Mississippi |
| D-9 | 05/11/2007 | 7929 | Notice Of Appeal |

## Statement of Issues

The issues to be presented on appeal are as follow:

1. Did the Bankruptcy Court err in holding that the stay imposed by the Bankruptcy Case, pursuant to 11 U.S.C. § 362, automatically stays litigation commenced by Wachovia against non-debtor Larry Graves, an employee of one or more of the Debtors, in Mississippi state court?

2. If the Bankruptcy Court did not err in holding that the automatic stay applies to the pending litigation against Larry Graves, did the Bankruptcy Court err in denying Wachovia's alternative request to lift the automatic stay and permit litigation against Larry Graves to proceed in the Mississippi state court?

Dated: Birmingham, Alabama
May 21, 2007

BURR & FORMAN LLP

By: /s/ Michael Leo Hall
Michael Leo Hall (pro hac vice)
D. Christopher Carson (pro hac vice)
Jason D. Woodard (pro hac vice pending)
Jennifer A. Harris (pro hac vice)

420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION