KELLEY DRYE & WARREN LPP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Robert I. Steiner

Attorneys for Creditor
WACHOVIA BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation,<br><br>　　　　Debtor.<br><br>Wachovia Bank, National Association,<br><br>　　　　　　　　　　　　Appellant,<br><br>　　　　　　v.<br><br>Delphi Corporation, *et al.*,<br><br>　　　　　　　　　　　　Appellees. | 1:07-cv-05656-SAS<br><br>**NOTICE OF MOTION** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Declaration of Robert I. Steiner, the exhibits thereto, Appellant Wachovia Bank, National Asssocitation by its attorneys Kelley Drye & Warren LLP, will move this Court before the Honorable Shira A. Scheindlin, District Judge, at the United States Courthouse, Southern District of New York, Courtroom 15C, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for a Consent Order Staying Appeal and Tolling All Briefing Deadlines.

WHEREFORE, Appellant respectfully requests that the instant Motion be granted in its entirety.

NY01/FLANS/1219378.1

Dated: New York, New York
June 25, 2007

                        KELLEY DRYE & WARREN LPP

                        By: /s/ Robert I. Steiner
                        Robert I. Steiner
                        101 Park Avenue
                        New York, New York 10178
                        Phone Number: (212) 808-7800
                        Fax Number: (212)808-7897

                        Attorneys for Creditor
                        Wachovia Bank, National Association

Neil Berger, Esq.
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(212) 594-5000

Attorneys for Debtor
Delphi Corporation

NY01/FLANS/1219378.1