**EXHIBIT 'A'**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: :<br><br>Delphi Corporation, :<br><br>   Debtor. :<br>................................................................. :<br>Wachovia Bank, National Association, :<br><br>   Appellant, :<br><br>   v. :<br><br>Delphi Corporation, *et al.*, :<br><br>   Appellees. : | 1:07-cv-05656-SAS |

## CONSENT ORDER STAYING APPEAL
## AND TOLLING ALL BRIEFING DEADLINES

Upon the Motion, dated June 22, 2007 (the "Motion"), by consent, of Wachovia Bank, National Association ("Appellant") for the entry of an order staying the above-captioned appeal (the "Appeal") and tolling all briefing deadlines in the Appeal; and due and proper notice of the Motion having been made on all necessary parties; and all parties to the Appeal having consented to the relief requested by the Motion and the entry of this Order; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Appeal is stayed and all briefing deadlines in the Appeal are tolled; and it is further

1579400 v1

ORDERED that the stay of the Appeal shall continue in effect until such time as this Court, upon a motion by Appellant or Appellees for cause shown or *sua sponte*, enters an order lifting the stay imposed by this Order.

Dated: _____ \_\_, 2007
       New York, New York

_____
UNITED STATES DISTRICT JUDGE