UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | |
| Delphi Corporation, : | |
| Debtor. : | |
| Wachovia Bank, National Association, : | 1:07-cv-05656-SAS |
| Appellant, : | **AFFIDAVIT OF SERVICE BY** |
| v. : | **PERSONAL DELIVERY** |
| Delphi Corporation, *et al.*, : | |
| Appellees. : | |

STATE OF NEW YORK          )
                                              : SS.:
COUNTY OF NEW YORK     )

Sohail S. Ramirez, being duly sworn, deposes and states:

1. I am not a party to this action and am over 18 years of age.

2. On 25th day of June, 2007, I served the annexed NOTICE OF MOTION for a Consent Order Staying Appeal and Tolling All Briefing Deadlines and DECLARATION OF ROBERT I. STEINER, ESQ. IN SUPPORT OF CONSENT MOTION TO STAY APPEAL upon the following attorney at the address designated by them for service of papers:

Neil Berger, Esq.
Togut Segal & Segal LLP
One Penn Plaza
New York, New York 10119

by delivery a true copy thereof, by hand, to the offices above-mentioned.

_____
Sohail S. Ramirez

Sworn to before me this
25th day of June, 2007.

_____
Notary Public

JOSEPH MCDONNELL
Notary Public, State of New York
No. 01MC6147299
Qualified in New York County
Commission Expires May 30, 2010

-1-