UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation,

    Debtor.

Wachovia Bank, National Association,

    Appellant,

v.

Delphi Corporation, *et al.*,

    Appellees.

Case No. 07-CV-05656 (SAS)

[~~PROPOSED~~] **ORDER FOR ADMISSION *PRO HAC VICE***



Upon the June 21, 2007 letter application, pursuant to my Individual Rule and Practice III.C., of Robert I. Steiner, Esq. of the law firm of Kelley Drye & Warren LLP;

IT IS HEREBY ORDERED that, Jason D. Woodard, Esq., an associate of the law firm of Burr & Forman LLP, is hereby admitted to practice *pro hac vice* as counsel for Appellant Wachovia Bank, National Association in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing system ("ECF"), Mr. Woodard shall immediately apply for an ECF password at nysd.uscourts.gov. Mr. Woodard shall forward the *pro hac vice* fee to the Clerk of the Court.

**IT IS SO ORDERED**.

Dated: June 14, 2007

                                  Hon. Shira A. Scheindlin, U.S.D.J.

NY01/FLANS/1219068.1